NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLINA WATERWORKS, INC.,**
*Plaintiff-Appellant,*

**v.**

**TAYLOR MADE GROUP, LLC,**
*Defendant-Appellee,*

**AND**

**TAYLOR MADE PRODUCTS,**
*Defendant.*

---

2014-1362

---

Appeal from the United States District Court for the District of South Carolina in No. 2:12-cv-02568-DCN, Judge David C. Norton.

---

**ON MOTION**

---

**O R D E R**

Carolina Waterworks, Inc. moves without opposition to withdraw its appeal.

2      CAROLINA WATERWORKS, INC. v. TAYLOR MADE GROUP, LLC

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: August 6, 2014